# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **PETER PEDERSEN,**<br>*Plaintiff,*<br><br>v.<br><br>**MAILGUN TECHNOLOGIES, INC.**<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | W-21-CV-01153-ADA |

## CLAIM CONSTRUCTION ORDER

Before the Court are the Parties' claim construction briefs: Defendant Mailgun Technologies, Inc.'s Opening Claim Construction Brief (ECF No. 22), Plaintiff's Responsive Claim Construction Brief (ECF No. 23), Defendant's Reply Claim Construction Brief (ECF No. 26), Plaintiff's Sur-Reply (ECF No. 29), and the Joint Claim Construction Statement (ECF No. 30). On October 18, 2022, the Court provided the parties with its Preliminary Claim Constructions, and on October 19, 2022, the Court held a *Markman* hearing. The Court issues this Order to memorialize the Court's final claim construction rulings for the parties, and to inform the parties that the Court plans to issue a more-detailed Order explaining its analysis in due course. The deadline to file any objections to the undersigned's claim construction rulings (pursuant to Federal Rules of Civil Procedure 59 and 72) do not need to be filed until 14 days after that more fulsome Order is entered upon the docket.

**SIGNED** this 19th day of October, 2022.

Derek T. Gilliland
United States Magistrate Judge

I.      DISPUTED CONSTRUCTIONS:

| Term No. | Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Final Construction |
|---|---|---|---|---|
| 1 | "Message files," "message file"<br><br>'920 patent, claim 1 | Plain and ordinary meaning. | Files that each contain a composed message and its recipients. | Plain and ordinary meaning, wherein the plain and ordinary meaning of "message files" includes, but is not limited to, files that each contain a composed message and its recipients. |
| 2 | "a method of inputting data into the message management system of claim 1 . . . ."<br><br>'920 patent, claim 8 | Plain and ordinary meaning. | Indefinite. | Plain and ordinary meaning; preamble is limiting and the message management system used in claim 8 must meet the requirements of the message management system described in claim 1. |
| 3 | "accepting . . . and entering"<br><br>'920 patent, claim 8 | Plain and ordinary meaning. | Indefinite. | Not indefinite. |
| 4 | "wherein the messenger profile application receives and stores messenger profile data, including recipient identifications and | Plain and ordinary meaning. | Indefinite. | Indefinite. |

| | | | |
|---|---|---|---|
| | recipient profiles, which messages to deliver to the recipients and profiles stored"<br><br>'920 patent, claim 12 | | | |